BANK OF NEW YORK, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda GOBBI, Defendant–Appellant,

and

Scott Gobbi;  Lyons Cove Homeowners Association, Incorporated;  Katrina Davis Armour, Defendants.

Sun Trust Mortgage Corporation, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi;  Lyons Cove Homeowners Association, Incorporated;  Katrina Davis Armour, Defendants.

Bank of New York, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi;  Lyons Cove Homeowners Association, Incorporated;  Katrina Davis Armour, Defendants.

Bank of New York, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi;  Lyons Cove Homeowners Association, Incorporated;  Katrina Davis Armour, Defendants.

Bank of New York, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi;  Lyons Cove Homeowners Association, Incorporated;  Katrina Davis Armour, Defendants.

Bank of New York, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi;  Lyons Cove Homeowners Association, Incorporated;  Katrina Davis Armour, Defendants.

**216**

Bank of New York, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi; Lyons Cove Homeowners Association, Incorporated; Katrina Davis Armour, Defendants.

Bank of New York, Trustee under the Pooling and Servicing Agreement Series 1988–A, Plaintiff–Appellee,

v.

Jara Uzenda Gobbi, Defendant–Appellant,

and

Scott Gobbi; Lyons Cove Homeowners Association, Incorporated; Katrina Davis Armour, Defendants.

Nos. 01–1685, 01–1686, 01–1687, 01–1688, 01–1689, 01–1690, 01–1691, 01–1692.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Nov. 5, 2001.

Jara Uzenda Gobbi, pro se. John Sanford Kay, Columbia, SC, for appellees.

Before WILKINS, WILLIAMS and GREGORY, Circuit Judges.

PER CURIAM.

Jara Uzenda Gobbi appeals from the district court's order remanding eight mortgage foreclosure actions to the state court after a petition to remove by Gobbi. The district court's remand order is not reviewable. 28 U.S.C. § 1447(d) (1994). Accordingly, we dismiss the appeals for lack of jurisdiction. We deny Gobbi's motion and supplemental motion to restrain opposing counsel and for an evidentiary hearing and her motion to restore case file. We further deny her motion to place the appeals in abeyance for determination of filing status because she has been granted leave to proceed in forma pauperis in these appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*